(Republished.)

CHARLOTTE MINTZ et al., Doing Business under the Name of MINT FACTORS, Respondents, v. JEROME B. DAVID, Appellant.— No opinion. Concur — Peck, P. J., Breitel, Bastow and Rabin, JJ. [See *ante,* p. 1002.]

(October 25, 1955.)

In the Matter of ANTHONY V. MACHIANO, Appellant, against FRANCIS W. H. ADAMS, as Police Commissioner of the City of New York, et al., Respondents.— Concur — Peck, P. J., Cohn, Breitel, Botein and Cox, JJ. [See 1 A D 2d 765.]

RENE LEIBOWITZ, Appellant, v. VOX PRODUCTIONS, INC., Respondent, et al., Defendant.— No opinion. Concur — Peck, P. J., Bastow, Botein and Rabin, JJ.

WONOCK ENTERPRISES CORP., Respondent, v. HUGH P. MALONE, Individually and Trading as MALONE'S SERVICE STATION, Appellant.— Concur — Peck, P. J., Bastow, Botein and Rabin, JJ.

WONOCK ENTERPRISES CORP., Respondent, v. HUGH P. MALONE, Individually and Trading as MALONE'S SERVICE STATION, Appellant. Concur — Peck, P. J., Bastow, Botein and Rabin, JJ.

In the Matter of the Accounting of CHEMICAL CORN EXCHANGE BANK et al., as Executors of MARGARET B. DALY, Deceased, Respondents. JANET M. MACKEY, Appellant; NEW YORK HEART ASSOCIATION, INC., et al., Respondents.—

Concur — Peck, P. J., Bastow, Botein and Rabin, JJ.

■

MURRAY DULBERG, Respondent, v. HUGO MOCK et al., Doing Business under the Name of MOCK & BLUM, Appellants.— Concur — Peck, P. J., Bastow, Botein and Rabin, JJ.

■

MALCOLM QUICK, an Infant, by His Guardian ad Litem, NAOMI QUICK, et al., Appellants-Respondents, v. MYRENA REALTY CORPORATION, Respondent-Appellant.— Order unanimously affirmed. Concur — Bastow, J. P., Botein, Rabin and Cox, JJ.

■

GEORGE SCHLOSSBERG, Respondent, v. IRVING SCHLOSSBERG et al., Appellants.